IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiffs,

  vs.

EDUARDO GOMEZ,

    Defendants.

**4:24CR3010**


**ORDER**

A hearing was held today. Defendant's CJA counsel, Dana C. Bradford, III, has moved to withdraw. (Filing No. 588). Defendant has retained Carlos A. Monzon.

IT IS ORDERED:

1)  The motion of Dana C. Bradford, III to withdraw as counsel of record for Defendant, (Filing No. 588), is granted.

2)  Defendant's newly retained counsel, Carlos A. Monzon, shall promptly notify Defendant of the entry of this order.

3)  The clerk shall delete Dana C. Bradford, III from any future ECF notifications herein.

Dated this 16th day of June, 2026.

       BY THE COURT:

       *s/ Jacqueline M. DeLuca*
       United States Magistrate Judge